# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

JAN - 5 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA,

                    Plaintiff,

      vs.

ISMAEL JIMENEZ-PASCUAL (1),

                  Defendant.

CASE NO. 14CR2338-H

BOOKING No. 47809-298

**JUDGMENT OF DISMISSAL**

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

**X**    **the Court has granted the motion of the defendant for dismissal under 8 U.S.C. 1326(d);** or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    **of the offense as charged in the Information:**

    **8 U.S.C. 1326(a) and (b) - Removed Alien Found in the United States**

       IT IS THEREFORE ORDERED AND ADJUDGED that the Information is hereby dismissed and the defendant is hereby discharged.

DATED:  1/5/15

                             Marilyn L. Huff

                          HONORABLE MARILYN L. HUFF
                          UNITED STATES DISTRICT JUDGE